PHILLIP A. TALBERT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICKY HUDSON,<br><br>Defendant. | CASE NO. 2:24-MJ-00130-CSK<br><br>STIPULATION REGARDING CONTINUANCE OF IDENTITY AND DETENTION HEARINGS<br><br>DATE: November 7, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an identity hearing and detention hearing on November 7, 2024.

2. By this stipulation, the parties jointly move for an extension of time of these hearings to November 13, 2024, at 2:00 p.m., before the duty Magistrate Judge. The parties agree that good cause exists for the extension of time, as the parties are attempting to resolve an issue concerning the identity of the individual named in the indictment.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 5, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ CHARLES CAMPBELL<br>CHARLES CAMPBELL<br>Assistant United States Attorney |
| Dated: November 5, 2024 | /s/ RACHELLE BARBOUR<br>RACHELLE BARBOUR<br>Counsel for Defendant<br>RICKY HUDSON |

## [~~PROPOSED~~] ORDER

IT IS SO FOUND AND ORDERED this 6th day of November, 2024.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE